From: 01/13/2021 10:38 #307 P.002/005
Case 3:21-cv-00203-JWD-EWD Document 1-2 04/09/21 Page 1 of 4

Jan/08/2021 5:27:32 PM Office Depot #259->2253893392 5/8
1/8/2021 11:18 PM FROM: Office Depot #259 TO: +12253893392 P. 5

EAST BATON ROUGE PARISH C-703441
Filed Jan 08, 2021 27
Deputy Clerk of Court

# ORIGINAL

## STATE OF LOUISIANA

## HONORABLE CLERK OF COURT, 19ᵀᴴ JUDICIAL DISTRICT COURT

## EAST BATON ROUGE PARISH

## JASON PERRY

## VERSUS

## KIKO MANAGEMENT GROUP, LLC,(AND ITS INSURERS), JAIRO A. BABILONIA JR., , CRITERION CLAIM SOLUTIONNS OF OMAHAL, RICARDO GONGALEZ ALMOYA, CEILO AZUL , LLC., PROGRESSIVE INSURANCE, AND COUNTY HALL INSURANCE ET.AL.

### PETITION FOR DAMAGES,
### LA. TORT LAW 2315

#### *Parties In This Law Suit*

Made Defendants in this law suit are, the owner of the **Freightliner (Truck)** that struck Plaintiff's car in the rear **(CIELB AZUL LLC,** 1975 w. 44ᵀᴴ Place Apt. #506. Hialeah, Florida , Address if truck owner, 13727 SW St. Miami, Floria 33177, **Progressive Commercial Insurance, policy #24260.** 4615 NW 72ᴺᴰ Avenue, Suite 110, Miami, Florida 33166**. County Hall Insurance Co. policy No: C-HL010379919 ,** herein throughout this law suit referred to as (DEFENDANTS), Plaintiff, JASON PERRY, who resides at 4976 Creek Valley Drive, Zachary Louisiana_70791 , and who was and is insured by State Farm Insurance Company on the date and time of the January 12, 2020 accident; however, did not have uninsured motorist nor comprehensive coverage on the 2008 Audi A-6 vehicle. **Plaintiff has attempted an "Amicable"** resolution of all claims with Defendant Employers, in writing and verbally, however, to no avail.

1.

Plaintiff, Jason Perry, is a resident of the Parish of East Baton Rouge, State of Louisiana and alleges the following facts to support Plaintiff's law suit for

p.1

EXHIBIT A

damages from Defendants for the accident which occurred on January 12, 2020 while driving on the interstate in his 2006, identified in the official Baton Rouge Police Accident Report as driver of vehicle # 2.

2.

Plaintiff, avers, that on January 12, 2020, while driving Plaintiffs' **(2008 Audi A6)** on the interstate near I-10 North near the I-12 split where Defendant, who identified himself to Baton Rouge Police as **Ricardo Gonzalez (also identified in the police report as), Ricardo Gonzalez Almoya** struck and hit Plaintiff's 2008 Audi from the rear.

3.

Plaintiff, further avers, that, as a direct result of Defendant striking Plaintiff's vehicle from the rear, Plaintiff's vehicle was tossed out of control into a concrete barrier on the interstate.

4.

Plaintiff, avers and further allege, that, as a direct result of Defendant striking Plaintiff's car from the rear, Plaintiff sustained serious injuries which required medical treatment and hospitalization. Plaintiff's was knocked unconscious a severe injury diagnosed by emergency room attending physicians and medical staff at the Baton Rouge General Hospital in Baton Rouge, Louisiana.

5.

Plaintiff, as a direct result of the accident of January 12, 2020, was also seen and treated by a Neurologist and has continued to require medical treatment of examination several months proceeding said accident.

6.

Plaintiff, avers and alleges that, [but far], the failure of Defendant to keep a watchful eye on the road, and failing to avoid plaintiffs car in front of defendant, the driving conduct of Defendant resulted in negligent driving that caused the

p2.

From:                                            01/13/2021 10:39    #307 P.004/005
Case 3:21-cv-00203-JWD-EWD   Document 1-2   04/09/21   Page 3 of 4

             Jan/08/2021 5:27:32 PM     Office Depot #259->2253893392                     7/8
1/8/2021  11:18 PM   FROM: Office Depot #259      TO: +12253893392      P.  7

accident of January 12, 2020, and further causing *severe injuries to Plaintiff* from said accident.

7.

Plaintiff, avers and allege that as a direct result of Defendants' bad conduct of driving and striking Plaintiffs 2008 Audi from the rear, Plaintiffs' vehicle was totaled. Plaintiff avers that Defendants are liable for the value of Plaintiff car. Plaintiff only had liability insurance and no uninsured insurance coverage.

8.

Plaintiff, avers and allege that, Defendant's employers, *CEILO AZUL LLC*, *KIKO MANAGEMENT GROUP, LLC*, and their Insures, are likewise, **liable to Plaintiff for personal and property damage, lost income, pain and suffering from injuries sustained as a direct result of bad conduct and negligent driving of their employee when said Defendant struck Plaintiff's vehicle from the rear under the doctrine of Responde'at Superior, and are therefore liable to plaintiff for the torturous driving and negligence of their employee and/or worker driving the truck own by defendants on January 12, 2020 in Baton Rouge, Louisiana. According to the police report, the drivers' name given to Baton Rouge Police by said driver is**

*(RICARDO GONZALEZ, A/I/A RICARDO GONZALEZ ALMOYA.*

9.

Plaintiff alleges that, Defendant's Employers, are liable to Plaintiff because, Defendant (Driver), was operating the 2005 Freightliner on behalf of his Employers during the time of the accident,

10.

Plaintiff, alleges that, under the theory of Respond 'at'Superior, Defendant's Employers are liable to Plaintiff for lost income, pain and suffering, medical past and future, and all other monetary deficiencies created for Plaintiff as a direct result of Defendant striking Plaintiff in the rear of Plaintiff's car causing Plaintiff to hit and concrete barrier, therein, sustaining severe physical and physiological injuries requiring medical treatment continuing through to the time of the instant law suit.

p.3

From: 01/13/2021 10:40 #307 P.005/005
Case 3:21-cv-00203-JWD-EWD Document 1-2 04/09/21 Page 4 of 4

Jan/08/2021 5:27:32 PM Office Depot #259->2253893392 8/8
1/8/2021 11:18 PM FROM: Office Depot #259 TO: +12253893392 P. 8

11.

Plaintiff, request a jury trial pursuant to *La. Code Civil Procedure, Article 1731. Plaintiff,* alleges that Defendant, KIKO MANAGGEMENT GROUP, LLC was and is insured by County Hall Insurance Company, Inc. (A Risk Retention Group) and/or Progressive Insurance (Commercial Division), and that said insurers are severely and (in solido) liable to Plaintiffs for personal injury damages, property damage, Attorney fees, court cost filing fees and all legal cost associated with the prosecution of the instant law suit for damages.

12.

Plaintiff, reserves the right to "Amend" the instant law suit to add additional allegations for damages and other relief, as provided by law

*13.*

***WHEREFORE,*** Plaintiff, pray, that, all Defendants are served according to law, and, after all due proceedings are had in this law suit, there be judgment in favor of Plaintiff and against all Defendants for damages, personal and property, loss wages, medical and legal cost for prosecuting this law suit, and for any other relief the law provides given the facts and circumstances of this law suit.

Plaintiff, pray for Attorney Fees, as provided by law .

SUBMITTED, By

*MORRIS W. REED, La. Bar #11127*
Attorney on Behalf of Plaintiff,
2100 Airline Drive, Suite "A"
Kenner, Louisiana 70062
*Telephone: (504) 914-3903*
*Fax Phone: (504) 473-2215*
*e/mail: morrisreed49@yahoo.com*